AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

|  |  |  |
|---|---|---|
| Enrique Bernaola, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.      2:16-CV-684 |
| | ) | |
| | ) | |
| Checksmart Financial LLC, | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

X
❏   other:   _____ This case is dismissed. Judgment is entered on behalf of the defendants. _____
_____ .

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

❏   decided by Judge _____ on a motion for _____

Date:      Jul 12, 2018                              *CLERK OF COURT*

                                        s/Denise M. Shane
                                        _____
                                        *Signature of Clerk or Deputy Clerk*