**United States District Court for the** Southern

**District of** Ohio

Enrique Bernaola,

Plaintiff,

vs.  Case No. 2:16-cv-684

Checksmart Financial LLC, et al.

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Enrique Bernaola,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Opinion & Order (Doc. #56) and Judgment in a Civil Action (Doc. #57)
*The final judgment, from an order describing it*

entered in this action on the 12th day of July, 2018.

(s) Jeffrey S. Goldenberg

Address: Goldenberg Schneider, LPA

1 West 4th Street, 18th Floor

Cincinnati, Ohio  45202

Attorney for Plaintiff, Enrique Bernaola

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel ☐
     Court of Appeals ☐

6CA-3
11/16