## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 26, 2018

Mr. James O. Fleckner
Goodwin Procter
100 Northern Avenue
Boston, MA 02210

Mr. Jeffrey S. Goldenberg
Goldenberg Schneider
1 W. Fourth Street
18th Floor
Cincinnati, OH 45202

Mr. Eric S. Mattson
Sidley Austin
One S. Dearborn Street
Chicago, IL 60603

Ms. Amber Lea Merl
Carpenter, Lipps & Leland
280 N. High Street
Suite 1300
Columbus, OH 43215

Mr. Brian Patrick Nally
Reminger Company
101 W. Prospect Avenue
Suite 1400
Cleveland, OH 44115

Mr. Matthew S. Sheldon
Goodwin Procter
901 New York Avenue, N.W.
Washington, DC 20001

    Re:  Case No. 18-3751, *Enrique Bernaola v. Checksmart Financial, LLC, et al*
          Originating Case No. : 2:16-cv-00684

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

                                                Sincerely yours,

                                                s/Connie A. Weiskittel
                                                Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 18-3751

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ENRIQUE BERNAOLA

      Plaintiff - Appellant

v.

CHECKSMART FINANCIAL, LLC; CHECKSMART FINANCIAL, LLC, PLAN COMMITTEE; PAGLE HELTERBRAND; CETERA ADVISOR NETWORKS, LLC

      Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                              **ENTERED PURSUANT TO RULE 33,**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: November 26, 2018